UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

ERNEST DIXON, )
)
Plaintiff, )
)
v. ) Civil Action No. 08 1920
)
TELEVISION STATION CHANNEL FOX, )
)
Defendant. )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

For purposes of this Memorandum Opinion and Order, the Court consolidates seven complaints.[1] In each, plaintiff purports to sue the defendant "for all of [his] earnings." Compl. at 1. He makes no demand for damages or other relief. *See id.*

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res*

---

[1] The other six defendants are: New Market North Shopping Center, Howard University Hospital, Rite Aid Stores, Food Lion Stores, West Avenue Tower Apartment, and Hampton Roads Transit Headquarters.

*judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint sets forth neither a short and plain statement of this court's jurisdiction, nor a short and plain statement showing plaintiff's entitlement to relief, nor a demand for any particular relief. For these reasons, the complaint will be dismissed without prejudice for its failure to comply with Rule 8(a). An Order consistent with this Memorandum Opinion is issued separately.

/s/
United States District Judge

Date: 10/10/08